An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL BLACK,
                              Appellant,
                    vs.
MAIRE BLACK,
                              Respondent.

No. 67990

**FILED**

JUN 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order confirming a foreign judgment and from an order regarding issuance of a bench warrant for contempt of court and setting bail. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants without counsel. Our review of the documents before this court reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. No statute or court rule provides for an appeal from an order directing issuance of a bench warrant for contempt of court. *See Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 5 P.3d 569 (2000). Accordingly, we conclude that we lack jurisdiction over the appeal from the order regarding the bench warrant.

We further conclude that, although we have jurisdiction over the appeal from the order enforcing a foreign judgment, *see R. C. Johnson*

15-19000

& *Associates v. Smithers*, 87 Nev. 301, 302, 486 P.2d 481, 481 (1971), we also have the discretion to dismiss an appeal of a party who is evading arrest pursuant to a contempt order and bench warrant. *Guerin v. Guerin*, 116 Nev. 210, 993 P.2d 1256 (2000). Accordingly, we dismiss the appeal in its entirety.

It is so ORDERED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Nathan Tod Young, District Judge
      Daniel Black
      Law Office of Karen L. Winters
      Douglas County Clerk

---

[1]We deny as moot appellant's motion for an extension of time to file the transcript request form.